977 A.2d 1088

Kevin MOBLEY, Petitioner

v.

Judge Renee HUGHES;  and Court of Common Pleas
of Philadelphia County, Respondents.

No. 31 EM 2009.

Supreme Court of Pennsylvania.

July 23, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to forward the Petition for Writ of Mandamus to

8

Petitioner's counsel, and to strike the judge's name from the caption.